IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

METROPOLITAN LIFE INSURANCE COMPANY,

    Plaintiff,

    v.

CRAIG E. LEHRFELD, an individual; KEVIN R. LEHRFELD, a minor; and ALEXANDRA M. LEHRFELD, a minor,

    Defendants.

2:07-cv-288-GEB-EFB

ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE

    The Status (Pretrial Scheduling) Conference currently set for July 2, 2007, is rescheduled to commence at 9:00 a.m. on September 17, 2007. A status report shall be filed no later than fourteen days prior to the status conference, in which the following issues shall also be discussed: whether each minor Defendant should be appointed a guardian ad litem and whether an attorney is required to represent each minor Defendant.

    IT IS SO ORDERED.

Dated: June 19, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

1