SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
SHAWN M. WROBEL  Bar No. 230030
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff
Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>      v.<br><br>CRAIG E. LEHRFELD, an individual; KEVIN R. LEHRFELD, a minor; and ALEXANDRA M. LEHRFELD, a minor,<br><br>            Defendants. | CASE NO. 2:07-CV-00288-GEB-EFB<br><br>**AMENDED NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>**[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE** |

    PLEASE TAKE NOTICE that plaintiff Metropolitan Life Insurance Company hereby dismisses, without prejudice, its complaint on file herein in its entirety and as to all defendants, pursuant to defendant Craig E. Lehrfeld's renunciation of his claim to the Plan Benefit at issue.

DATED:  January 30, 2008           SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                   By: /s/ Shawn M. Wrobel___
                                       Rebecca A. Hull
                                       Shawn M. Wrobel
                                       Attorneys for Plaintiff
                                       Metropolitan Life Insurance Company

1  IT IS SO ORDERED.

2  Dated: April 9, 2008

3

4  _____
   GARLAND E. BURRELL, JR.
5  Chief United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28